## Nicodemus v. Harvey et al.

### Appeal from Clay District Court.

### Thursday, April 19.

*Samuel Gonser*, for appellant.

*L. M. Pemberton*, for appellee.

· Rothrock, J.—The precise question in this case was determined in *The Sterling School Furniture Co. v. Harvey et al.*, p. 466, *ante*. Both causes were submitted upon the same abstract. Following the opinion in that case this must be

AFFIRMED.